IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CRYSTAL HILBORN et al.**                                                                                           **PLAINTIFFS**

**v.**                                    **CASE NO. 4:11CV00124 BSM**

**VISION'S, Individually and d/b/a VISIONS,
and/or VISIONS CABARET et al.**                                                              **DEFENDANTS**

## ORDER

Upon the plaintiffs' unopposed motion to dismiss [Doc. No. 103], all claims against defendants are dismissed with prejudice. Each party will bear its own costs, attorneys's fees and expenses.

IT IS SO ORDERED this 8th day of June 2012.

_____
UNITED STATES DISTRICT JUDGE